Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

John P. Brown, VB (Son/Minor)
(Name of Plaintiff or Petitioner)

v.

NYS, NYS·Ocm, NYS Police
Governor Hochel, Hon VM Donalfo
(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED *IN FORMA PAUPERIS***
**AND SUPPORTING AFFIRMATION**
_24_ -CV- _6555_ _CJS_

FILED
SEP 2 5 2024
MARY C. LOEWENGUTH, CLERK

I, _John P. Brown_, (print or type your name) am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

I further declare that the responses which I have made in this affirmation below are true.

1.      Are you presently employed? Yes __X__ No____
        My Employer's Name and Address is: Self Employed, Tho business is
        Sevirely Effeated
        My Gross Monthly Wages are: $ 0.00
        If you are not presently employed, state ____
        Your Last Date of Employment: July 28, 23
        Your Gross Monthly Wages at that time: 12,000 monthly
        Is your spouse presently employed? Yes____ No____
        My Spouse's Employer's Name and Address is: N/A
        My Spouse's Gross Monthly Wages are $____

2.      Have you received **any money** from any of the following sources within the past twelve months:
        a. Business, profession or self-employment? Yes __X__ No____
           If yes, state **source** and **amount received** per month $ 1000.00
        b. Rent payments, interest or dividends? Yes____ No ✓
           If yes, state **source** and **amount received** per month $____
        c. Pensions, annuities, disability, or life insurance payments? Yes____ No ✓
           If yes, state **source** and **amount received** per month $____
        d. Gifts or inheritances? Yes____ No ✓
           If yes, state **source** and **amount received** per month $____
        e. Child Support? Yes____ No ✓
           If yes, state **amount received** each month $____
        f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes____ No ✓
           If yes, state **source** and **amount received** per month $____
        g. Friends, Relatives or any other source? Yes____ No ✓
           If yes, state **source** and **amount received** per month $____
        If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
        _____
        _____
        _____

3.      What is your total gross monthly income today: $ 1500.00 monthly

4.      How much **cash** do you have on hand? $ 0.00

5.  How much money do you have in a **checking** account(s)? $ 500.00

6.  How much money do you have in a **savings** account(s)? $ 250.00

7.  If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE**: prisoners <u>must</u> have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): _____ N/A

8.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes X  No _____
    If so, **describe** the property in detail and give an **estimated value** of the property: 1631 - 1635 Dewey Ave
    If you own property, are you paying off a **loan** or **mortgage** on it? Yes X  No _____
    If yes where are you obtaining the money to make such payments: I am currently in foreclosure

9.  If you are not an inmate, state your **total monthly household expenses**:
    Rent or mortgage $ 1000  Food $ 800  Utilities $ 800.00  All other expenses $ 2500.00
    If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
    I am barily hanging of financialy, all accounts are behing, and filing Bankruptsy

10. List all of the people who are in your household and state the amount of money each one contributes to household expenses each month: My Son, Vlademir Brown, 17 now $0.00

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: My Son, Vlademir Brown, 17 years old

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes _____ No X
    If the answer is yes, please include the court and date of filing In the process now

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/21/24
(Date)

_____
(Applicant's Signature)

## PRISON CERTIFICATION SECTION
**(Required for Prisoner Requests Only; Prisoner Requests <u>Must</u> Have This Section Completed By Prison Official)**

I certify that the movant has the sum of $_____ on account to his/her credit at the _____
_____ Correctional Facility where s/he is currently confined.
I further certify that the movant has the following securities to his/her credit according to the institution's records: _____
_____
I further certify that the movant's average account balance was $_____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution