Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

John P. Brown, VPB (Minor/son
(Name of Plaintiff or Petitioner)

v.

Hochul et al
(Name of Defendant(s) or Respondent(s))

**MOTION TO PROCEED** *IN FORMA PAUPERIS*
**AND SUPPORTING AFFIRMATION**
6:24 -CV- 06555 CJS

I, Vlademir Brown (VPB) *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis.*

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes ☐ No ☒
   My Employer's Name and Address is: I am 17 and Live with parent (Dad) also a claimant in this action

   My **Gross** Monthly Wages are: $ 0
   If you are not presently employed, state
   Your Last Date of Employment: 0
   Your Gross Monthly Wages at that time:
   Is your spouse presently employed? Yes ☐ No ☐
   My Spouse's Employer's Name and Address is: N/A

   My Spouse's **Gross** Monthly Wages are $ N/A

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes ☐ No ☒
      If yes, state **source** and **amount received** per month $
   b. Rent payments, interest or dividends? Yes ☐ No ☒
      If yes, state **source** and **amount received** per month $
   c. Pensions, annuities, disability, or life insurance payments? Yes ☐ No ☒
      If yes, state **source** and **amount received** per month $
   d. Gifts or inheritances? Yes ☐ No ☒
      If yes, state **source** and **amount** received per month $
   e. Child Support? Yes ☐ No ☒
      If yes, state **amount received** each month $ N/A
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ☐ No ☒
      If yes, state **source** and **amount received** per month $ N/A
   g. Friends, Relatives or any other source? Yes ☐ No ☒
      If yes, state **source** and **amount received** per month $ N/A
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   I currently reside with my dad, John P. Brown

3. What is your total gross monthly income today: $ N/A

4. How much **cash** do you have on hand? $ N/A

5.  How much money do you have in a **checking account**(s)? $ _20⁰⁰_____

6.  How much money do you have in a **savings account**(s)? $ _30⁰⁰_____

7.  If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners <u>must</u> have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): ____N/A_____

8.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes☐ No☒
    If so, **describe** the property in detail and give an **estimated value** of the property: _N/A_____

    If you own property, are you paying off a **loan** or **mortgage** on it? Yes☐ No☒
    If yes where are you obtaining the money to make such payments: ___N/A_____

9.  If you are not an inmate, state your **total monthly household expenses**:
    Rent or mortgage $ _/____    Food $ _/__    Utilities $ _/__    All other expenses $_____
    If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses
    _____
    _____
    _____

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: _Myself and My father (John P. Brow) plaintiff in This action_

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____N/A_____
    _____
    _____

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes☐ No☒
    If the answer is yes, please include the court and date of filing _____
    _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _10/16/24_____          ____Vladamir Brown_____
   (Date)                              (Applicant's Signature)

## PRISON CERTIFICATION SECTION

**(Required for Prisoner Requests Only; Prisoner Requests <u>Must</u> Have This Section Completed By Prison Official)**

**I certify** that the movant has the sum of $_____ on account to his/her credit at the _____
_____ Correctional Facility where s/he is currently confined.
**I further certify** that the movant has the following securities to his/her credit according to the institution's records: _____
_____.
**I further certify** that the movant's average account balance was $_____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution

1635 Dracx Ave
Rochester NY 14615

ROCHESTER NY   144

16 OCT 2024  PM 1  L

As in pa... ...ions,
USPS is ready.

If you choos... ...by mail,
please mail early



US Wester Districts of NY
100 State St
Rochester NY 14614

USDC-WDNY
OCT 18 2024
ROCHESTER

14614-136899