

PS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOHN P. BROWN, et al.,

        Plaintiffs,

v.

KATHY HOCHUL, New York State
Governor, et al.,

        Defendants.

_____

24-CV-6555-CJS
ORDER

*Pro se* Plaintiff John P. Brown ("Brown") filed this action on his behalf and on behalf of four other Plaintiffs—V.P.B. (Brown's minor son), Triclomes LLC, Extreme Graphix (BDA), and Sniper Inc.—asserting claims under 42 U.S.C. § 1983. Docket Item 1. By Order dated October 8, 2024, the Court granted Brown's motion to proceed *in forma pauperis* ("IFP") and advised the other Plaintiffs that they would be dismissed as parties to this action unless within 30 days of the date of the Order (1) an attorney or attorneys appear on their behalf because Brown, a non-attorney, cannot act on their behalf, (2) V.P.B. files a properly submitted motion to proceed IFP and/or (3) Triclomes LLC, Extreme Graphix, or Sniper Inc. pay the $350.00 filing fee and the $55.00 administrative fee ($405.00 total) (only one total fee required). On October 18, 2024, V.P.B. filed an IFP motion. Docket Item 4.

Because an attorney has not appeared in this action on behalf of V.P.B., V.P.B.'s IFP motion is denied without prejudice with the right to re-file if and when an attorney files a notice of appearance on his behalf. As addressed in the October 8, 2024 Order, Brown cannot act on behalf of V.P.B. and before V.P.B. can proceed as a plaintiff in this action

1

he must be represented by an attorney.  Docket Item 3 at 2-3.  An attorney has not filed a notice of appearance on behalf of V.P.B.  Brown and V.P.B. are again advised that V.P.B. will be dismissed as a plaintiff in this action unless an attorney files a notice of appearance on his behalf on or before **November 7, 2024**.

Accordingly, V.P.B.'s IFP motion is DENIED without prejudice.

SO ORDERED.

_____
Charles J. Siragusa
United States District Judge

DATED: _____Oct. 23_____, 2024
             Rochester, NY

2