CHAMBERS OF
JUDGE CHARLES J. SIRAGUSA
**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF NEW YORK
ROCHESTER, NY 14614





ROCHESTER NY 144

17 MAR 2026PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.74º
03/17/2026 ZIP 14614
043M31235106

US POSTAGE



USDC-WDNY
MAR 30 2026
ROCHESTER

John P. Burke
1653 Dewey Avenue, 2nd Floor
Rochester, NY 14615

NIXIE        015    CE 1            7303/29/26

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 14614            *1713-02830-17-40